# JOHN D. PARIS v. JEREMIAH KUHAUPIO, ANTONE PERRY AND MANUEL FERNANDEZ.

EXCEPTIONS FROM CIRCUIT COURT, THIRD CIRCUIT.

SUBMITTED NOVEMBER 20, 1909.        DECIDED DECEMBER 1, 1909.

HARTWELL, C.J., WILDER AND PERRY, JJ.

APPEAL AND ERROR—*finding of fact by a court jury waived.*
   There being evidence to sustain a finding of fact made by a
circuit court jury waived, it will not be reversed.

## OPINION OF THE COURT BY WILDER, J.

In an action to quiet title to a piece of land in Kona, Ha-
waii, the circuit court, jury waived, found for plaintiff and
entered judgment accordingly. Both parties claim through one
Hakuole who purchased from the patentee. In 1893 Hakuole
deeded the land to one Burgess, the deed not being recorded un-
til November 11, 1905. Hakuole died intestate on March 7,

1905, leaving as his sole heir his sister Miliama, who, on April 8, 1905, deeded the land to her son Kuhaupio, the principal defendant, the latter recording his deed a couple of days thereafter. The sole question of fact was whether at the time Kuhaupio received his deed from Miliama he had notice of the unrecorded deed from Haknole to Burgess. The court found as a fact that he had such notice and filed an opinion in writing to that effect, defendant excepting thereto as being against the law and the evidence and the weight of the evidence, which is the only exception brought up.

At the outset plaintiff contends that this exception is too general and indefinite to be considered. Whether that is so we need not say, as in any event the exception in our opinion has no merit.

Plaintiff testified that defendant Kuhaupio told him in May, 1908, in Honolulu, that Haknole had told him that he had deeded the land to Burgess. Kuhaupio denied that he ever said any such thing to plaintiff, although admitting that he and plaintiff did have a conversation at that time in reference to the land. It is well settled that findings of fact by the court jury waived will not be set aside if there is evidence to sustain them. See the cases cited in the note to R. L. Sec. 1684. There was evidence to sustain the findings of fact and consequently we cannot disturb it.

Exceptions overruled.

*Kinney, Ballou, Prosser & Anderson* for plaintiff.

*W. W. Thayer* for defendants.